**IN THE UNITED STATES DISTRICT COURT DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUEY-NAN STEVE LIN,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:10cr577<br><br>**District Judge Clark Waddoups**<br><br>**Magistrate Judge Paul M. Warner** |

This matter was referred to Magistrate Judge Paul M. Warner by District Judge Clark Waddoups pursuant to 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Darrel J. Bostwick and Steven D. Crawley's motion to withdraw as counsel for Huey-Nan Steve Lin ("Defendant").[2]

On October 25, 2010, Daniel R. Widdison filed an appearance for Defendant.[3] Civil rule 83-1.4(c)[4] of the United States District Court for the District of Utah Rules of Practice provides that

---

[1] *See* docket no. 33.

[2] *See* docket no. 31.

[3] *See* docket no. 35.

[4] Pursuant to criminal rule 57-12 of the United States District Court for the District of Utah Rules of Practice, "[a]ll procedural matters relating to attorney admissions, registration, and appearance and withdrawal, discipline and removal, and student practice in criminal matters are governed by the applicable civil rules." DUCrimR 57-12.

> [w]henever an attorney of record in a pending case will be replaced by another attorney who is an active member of this court, a notice of substitution of counsel must be filed . . . . [and] (i) signed by both attorneys; (ii) include the attorneys' bar numbers; (iii) identify the parties represented; (iv) be served on all parties; and, (v) verify that the attorney entering the case is aware of and will comply with all pending deadlines in the matter.

DUCivR 83-1.4(c). Thus, the court will treat the instant motion together with the notice of appearance as a notice of substitution of counsel under rule 83-1.4(c). Accordingly, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and Daniel R. Widdison is substituted as counsel of record for Defendant in place of Darrel J. Bostwick and Steven D. Crawley.

**IT IS SO ORDERED.**

DATED this 2nd day of December, 2010.

BY THE COURT:

PAUL M. WARNER
United States Magistrate Judge